FILED
CHARLOTTE, NC

DEC 27 2013

US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **IN RE:**<br><br>Real Property at 186 Farm Wind Road, Gaffney, South Carolina 29341, titled to Matthew Dickson as detailed on book 54, page 852 in the Cherokee County, South Carolina Register of Deeds; and<br><br>Real Property described as 14 acres on Morgan Drive, Gaffney, South Carolina 29341, titled to Matthew Dickson as detailed on book 64, page 1809 in the Cherokee County South Carolina Register of Deeds. | MISC. NO. 3:13mc203<br><br>**ORDER AND LIS PENDENS** |

FILE IN GRANTOR INDEX UNDER:
Matthew Dickson and Matthew Boyce Dickson.

WHEREAS, the United States of America, by and through Federal Bureau of Investigation Special Agent Douglas Curran, has presented an Affidavit to the Court alleging that the above-captioned properties are subject to forfeiture as mail fraud proceeds pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

WHEREAS, the Court, having reviewed the Affidavit, finds that there is probable cause to believe that offenses in violation of 18 U.S.C. § 1341 have been committed and probable cause that the above captioned properties may be subject to forfeiture as fraud proceeds; and,

WHEREAS, upon this finding of probable cause that the properties may be subject forfeiture to the United States, the Government is entitled to record a lis pendens to give public notice of the Government's forfeiture interest and potential criminal forfeiture claim against the properties;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the properties may be subject to forfeiture to the United States in a present or future action before this Court, and any person who has a question as to this action should contact:

> United States Attorney for the Western District of North Carolina
> Attn: Benjamin Bain-Creed
> 227 West Trade Street, Suite 1650
> Charlotte, NC  28202
> (704) 344-6222.

This the 27th day of December, 2013.

_____
Honorable David C. Keesler
UNITED STATES MAGISTRATE JUDGE