**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-mc-203-RJC-DCK**

| | |
|---|---|
| IN RE:   Real property at 186 Farm Wind ) <br> Road, Gaffney, South Carolina, 29341 titled ) <br> to Matthew Dickson as detailed on book 54 ) <br> 54, page 852 in the Cherokee County, South ) <br> Carolina Register of Deeds.                              ) <br>                                                                          ) <br> _____ ) <br> **FILE IN GRANTEE INDEX UNDER:**          ) <br>                                                                          ) <br> **Matthew Dickson**                                      ) | **ORDER RELEASING <br> ORDER AND LIS PENDENS <br> ON REAL PROPERTY IDENTIFIED IN <br> CHEROKEE COUNTY DEED BOOK 65, <br> PAGES 2856-2857, AND <br> FILE 013-LP-11 224** |

WHEREAS, the United States of America, by and through Special Agent Douglas Curran of the Federal Bureau of Investigation, presented an affidavit to the Court alleging that the above-captioned property is subject to forfeiture as set forth in 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461;

WHEREAS, the Court, having reviewed the affidavit, issued an Order and Lis Pendens against the property;

WHEREAS, the United States has advised the Court that there is not sufficient equity for forfeiture;

THEREFORE, the United States is directed to file this Order Releasing Order and Lis Pendens in the Cherokee County Register of Deeds and the Cherokee County Clerk of Court; and

ALL WHO READ THIS ORDER TAKE NOTICE that the Order and Lis Pendens filed at Cherokee County Register of Deeds Book 65, Page 2856 and Cherokee County Clerk of Superior Court file 013-LO-11 224 is released, but only released to the extent that the Order and

Lis Pendens applies to 186 Farm Wind Road identified in the case caption herein.

**SO ORDERED**.

Signed: April 23, 2014

David C. Keesler
United States Magistrate Judge